# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:15-cv-00467 |
| ) | Judge Trauger |
| LEXINGTON DOC PREP, LLC, MICHAEL ) | |
| DAZZO, DANIEL LYNCH, AND ) | |
| JOHN/JANE DOE 1-5 ) | |
| ) | |
| Defendants. ) | |

## ORDER

On April 20, 2016, the magistrate judge issued a Report and Recommendation (Docket No. 31), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff is awarded a default judgment against defendants Lexington Doc Prep, LLP and Michael Dazzo in the total amount of $19,000.00.

This Order constitutes the judgment in this case.

It is so **ORDERED**.

ENTER this 16th day of May 2016.

_____
ALETA A. TRAUGER
U.S. District Judge