# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:15-cv-00467 |
| ) | Judge Trauger |
| LEXINGTON DOC PREP, LLC, MICHAEL ) | |
| DAZZO, DANIEL LYNCH, AND ) | |
| JOHN/JANE DOE 1-5 ) | |
| ) | |
| Defendants. ) | |

## ORDER

On July 25, 2017, the magistrate judge issued a Report and Recommendation (Docket No. 65), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion to Set Aside the Finding of Default and to Vacate Order Granting Default Judgment filed by defendants Dazzo and Lexington Doc Prep, LLC (Docket No. 42) is GRANTED, and the default judgment entered against them is hereby VACATED. The plaintiff's subsequent service on the defendants is in compliance with Rule 4(m), Federal Rules of Civil Procedure.

It is so **ORDERED**.

ENTER this 14th day of August 2017.

_____
ALETA A. TRAUGER
U.S. District Judge